IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-535-CMA-GPG-19

UNITED STATES OF AMERICA,

Plaintiff,

v

19. DALILAH SUAREZ-LOPEZ,

Defendant.

---

**DEFENDANT DALILAH SUAREZ-LOPEZ' UNOPPOSED MOTION TO CONTINUE THE MAY 4TH 2023 SENTENCING HEARING**

---

The Defendant, Dalilah Suarez-Lopez, ("Ms. Suarez-Lopez"), by and through counsel, Scott Poland of Poland & Wheeler P.C. moves for an Order continuing the May 4th, 2023, sentencing hearing and as grounds for this motion states as follows:

1. On March 8, 2021, Ms. Suarez-Lopez was granted a $25,000 unsecured bond. (Doc.303) Ms. Suarez-Lopez was not required as a condition of her bond to submit to pre-trial supervision through United States Probation. Ms. Suarez-Lopez remains on an unsecured bond working two jobs and caring for her two minor children as a single parent. She made a mistake in judgement relying on the advice of people she trusted which resulted in the charges herein brought against her. Her sentencing hearing is currently set for May 4, 2023, at 8:30 AM before this Honorable Court. It is anticipated, subject of to this Court's approval, that Ms. Suarez-Lopez will be sentenced to a term of probation.

2. The May 4, 2023, sentencing hearing date was provided to all counsel at the Change of Plea hearing by Magistrate Judge Gallagher. Undersigned counsel was aware at that time that he was also scheduled to begin a 5-day jury trial in 22-cr-232-CMA-GPG, before the same judicial officer, Judge Christine M. Arguello. Mistakenly, counsel did not bring to Magistrate Judge Gallagher's attention the apparent conflict resulting in the two cases still being set for the same week, necessitating this Motion to Continue.

3. Counsel for Ms. Suarez-Lopez has conferred with government counsel, Alexander Duncan, the assigned Assistant United States Attorney, who has indicated he does not object to the requested continuance. Counsel has also conferred with Ms. Suarez-Lopez who has indicated she does not object to the requested continuance.

Wherefore, Ms. Suarez-Lopez moves for an Order continuing the May 4, 2023, Sentencing hearing to a date and time available to the Court and counsel.

Respectfully submitted this 9th day of March 2023.

>Scott Poland
>ATTORNEY AT LAW
>BY:  *s/Scott Poland*
>The Law Offices of Poland & Wheeler, PC
>215 S. Wadsworth Blvd., Suite 500
>Lakewood, CO 80226
>Phone 303-968-4376
>e-mail: scottpolandlaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2023, I electronically filed the foregoing **DEFENDANT DALILAH SUAREZ-LOPEZ' UNOPPOSED MOTION TO CONTINUE THE MAY 4TH 2023 SENTENCING HEARING**

with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

>Scott Poland
>ATTORNEY AT LAW
>BY:  *s/Scott Poland*
>The Law Offices of Poland & Wheeler, PC
>215 S. Wadsworth Blvd., Suite 500
>Lakewood, CO 80226
>Phone 303-968-4376
>Fax 303-986-4857
>e-mail- scottpolandlaw@gmail.com